UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN TREVON HOLMAN, | No. 1:26-cv-04662-SAB (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $405.00 FILING FEE |
| v. | |
| E. DOWLING, | (ECF No. 2) |
| Defendant. | |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant complaint on June 17, 2026, along with a motion to proceed in forma pauperis. (ECF Nos. 1, 2.) However, Plaintiff neglected to sign the second page of the application to proceed in forma pauperis bearing his signature. Therefore, Plaintiff shall complete, sign, and file the application form provided with this order.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete and file the application to proceed in forma pauperis; and

3. Failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **June 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1