UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEVIN TREVON HOLMAN,

Plaintiff,

v.

E. DOWLING,

Defendant.

No. 1:26-cv-04662-SAB (PC)

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

(ECF No. 11)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 28, 2026, the Court issued an order striking Plaintiff's first amended complaint for lack of signature and granted Plaintiff thirty days to file a second amended complaint n amended complaint within thirty days. (ECF No. 8.) Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: **September 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge