# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN TREVON HOLMAN,<br>Plaintiff,<br>v.<br>E. DOWLING,<br>Defendant. | Case No. 1:26-cv-04662-SAB (PC)<br>ORDER DISCHARGING SEPTEMBER 8, 2026 ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br>(ECF No. 12)<br>**THIRTY-DAY DEADLINE** |

On July 28, 2026, the Court struck Plaintiff's first amended complaint for failure to sign the pleading. (ECF No. 11.) The Court gave Plaintiff thirty days to refile his first amended complaint with a signature. (Id.) That deadline passed, and Plaintiff failed to file anything on the docket. On September 8, 2026, the Court issued an order to show cause directing Plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute. (ECF No. 12.) On September 28, 2026, Plaintiff filed a response to the order to show cause stating that he intends to prosecute this matter but requires more time. (ECF No. 13.)

In light of this response, the Court will discharge the order to show cause and direct Plaintiff to file a first amended complaint bearing his signature. This will be the **final opportunity** the Court will give Plaintiff to do so. Should Plaintiff fail to comply with this order, the Court will issue findings and recommendations recommending that this matter be dismissed for failure to prosecute and/or failure to comply with a court order. The Court will not issue a further order to show cause.

Accordingly, the Court DISCHARGES the September 8, 2026 order to show cause. (ECF No. 12.) It is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a civil rights complaint form;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint bearing his signature; and
3. **The failure to comply with this order will result in a recommendation to dismiss the action, <u>including for failure to prosecute and/or failure to comply with this order</u>.**

IT IS SO ORDERED.

Dated: **September 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge